# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:05 CR 212

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )                                 | |
| Vs.                             ) | ORDER |
| )                                 | |
| DANNY ANDREW WILSON,            ) | |
| )                                 | |
| Defendant.              ) | |
| _____) | |

**THIS CAUSE** came on to be heard before the undersigned, pursuant to a motion filed by the defendant's counsel entitled "Motion for Status of Counsel" which was filed on August 31, 2006. In the motion, the defendant's court appointed counsel, William E. Loose, set forth reasons as to why Mr. Loose was of the opinion that he was unable to continue to represent the defendant in this matter. After hearing from Mr. Loose, the defendant and the United States Attorney, the undersigned finds that good cause has been shown for allowing Mr. Loose to withdraw as attorney for the defendant.

## ORDER

IT IS, THEREFORE, **ORDERED:**

1. That William E. Loose is hereby allowed to withdraw as attorney for the defendant in this matter.

2. That the Office of the Federal Defender for the Western District of North Carolina appoint other counsel to represent the defendant in this cause.

Signed: September 13, 2006

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge