IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR212

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DANNY ANDREW WILSON | ) | |

**THIS MATTER** is before the Court on an oral request from Defendant's counsel to reschedule the sentencing hearing from the October 5, 2006, calendar.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's sentencing hearing is hereby rescheduled for **TUESDAY, OCTOBER 3, 2006, AT 3:00 P.M.,** at the U.S. Courthouse in **ASHEVILLE, NORTH CAROLINA.**

Signed: September 20, 2006

Lacy H. Thornburg
United States District Judge